UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEADCOUNT, INC.,

                        Plaintiff,

        -against-

CLEAN ENERGY ADVISORS, LLC and
CHRIS WARREN,

                        Defendants.

1:17-cv-8389-MKV

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/14/2020___

MARY KAY VYSKOCIL, United States District Judge:

        Plaintiff filed its complaint on October 31, 2017 [ECF 1].  Proof of service filed with the

Court on January 4, 2018 reflects that Defendant Clean Energy Advisors, LLC was served with

the complaint on December 20, 2017 [ECF17]. Proof of service filed with the Court on February

1, 2018 reflects that Defendant Warren was served with the complaint on January 9, 2018 [ECF

21].   To date, neither Defendant has answered the complaint or otherwise appeared in this

action.

        Accordingly, it is hereby ORDERED that any motion for entry of a default judgment is

due on or before **February 28, 2020**.  Any opposition is due **March 6, 2020.**  There shall be a

hearing on the motion on **April 1, 2020** at **11:00AM** in **Courtroom 18C** of the United States

District Court for the Southern District of New York at 500 Pearl Street, New York, NY.


**SO ORDERED.**

**Date:  February 14, 2020**                          **MARY KAY VYSKOCIL**
        **New York, NY**                                    **United States District Judge**