UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEADCOUNT, INC.,

            Plaintiff,

v.

CLEAN ENERGY ADVISORS, LLC, CHRIS WARREN, SCOTT HILL, and JACK VITALE,

            Defendants.

1:17-cv-08389-MKV

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/25/2020

      This action having been commenced on October 31, 2017 by the filing of the Summons and Complaint [ECF 1], and a copy of the Summons and Complaint having been served on defendant Chris Warren personally on January 11, 2018, and the proof of service having been filed on February 1, 2018 [ECF 21], and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Plaintiff having moved for entry of default judgment on February 27, 2020 [ECF 30], and having served the motion on the defendant [ECF 35], and no opposition having been filed, it is

      ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against defendant Chris Warren, jointly and severally with such other defendants as may be found liable, in the amount of $206,718.95, and if applicable, post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated: June 25, 2020
New York, New York

_____
Hon. Mary Kay Vyskocil
United States District Judge

This document was entered on the docket on
_____June 25, 2020_____.